# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| INTERCURRENCY SOFTWARE LLC | § § § § § § | CIVIL ACTION NO. 2:23-CV-00130-JRG (Lead Case) |
| v. | | |
| MORGAN STANLEY & CO., ET AL. | | |
| INTERCURRENCY SOFTWARE LLC | § § § § § § | CIVIL ACTION NO. 2:23-CV-00128-JRG (Member Case) |
| v. | | |
| CHARLES SCHWAB & CO., INC. ET AL. | | |
| INTERCURRENCY SOFTWARE LLC | § § § § § § | CIVIL ACTION NO. 2:23-CV-00196-JRG (Member Case) |
| v. | | |
| TD AMERITRADE, INC. ET AL. | | |

## ORDER

Before the Court is the Joint Stipulation and Order of Dismissal (the "Stipulation") filed by Plaintiff Intercurrency Software, LLC ("Plaintiff") and Defendants TD AMERITRADE, Inc., TD AMERITRADE Clearing, Inc., TD AMERITRADE Services Company, Inc., TD Ameritrade Holding Corporation, TD AMERITRADE Online Holdings Corp., and TD Ameritrade Futures & Forex LLC (collectively, the "TD Ameritrade Defendants"); and Defendants Charles Schwab & Co., Inc.; and Charles Schwab Futures, and Forex LLC (collectively, the "Charles Schwab Defendants"). (Dkt. No. 52.) In the Motion, the parties represent that all claims asserted by Plaintiff in Member Cases Nos. 2:23-cv-00196-JRG and 2:23-cv-00128-JRG, and all claims asserted by the Charles Schwab Defendants in 2:23-cv-00128-JRG, are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii). (*Id.* at 1–2.)

Having considered the Stipulation, and noting its joint nature, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against the TD Ameritrade Defendants and the Charles Schwab Defendants in Case Nos. 2:23-cv-00196-JRG and 2:23-cv-00128-JRG, as well as the counter-claims asserted by the Charles Schwab Defendants in 2:23-cv-00128-JRG, are hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned Lead Case No. 2:23-CV-00130-JRG and Member Case No. 2:23-CV-196-JRG in light of the remaining parties and claims. The Clerk of Court is further directed to **CLOSE** Member Case No. 2:23-CV-00128-JRG, as no parties or claims remain.

**So ORDERED and SIGNED this 18th day of September, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE